IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:23CR00039-KGB |
| ) | |
| GILPRE FLOWERS ) | |

## MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through its counsel, Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and John Ray White, Assistant United States Attorney, and moves the Court to dismiss without prejudice the Indictment in this case.

                                                JONATHAN D. ROSS
                                                United States Attorney


                                                JOHN RAY WHITE
                                                Arkansas Bar No. 91003
                                                Assistant United States Attorney
                                                425 West Capitol Avenue, Suite 500
                                                Little Rock, AR 72201
                                                (501) 340-2600
                                                John.White2@usdoj.gov